UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | NO.  1:15-cr-02015-SAB-1 |
| v. | |
| OTONIEL RODRIGUEZ-MERCADO, | **ORDER DISMISSING** |
| Defendant. | **INDICTMENT** |

Upon oral motion by the Government at a hearing held on February 17, 2016, and pursuant to Federal Rule of Criminal Procedure Rule 48(a), the Court hereby **dismisses** the Indictment, ECF No. 1, in the above-entitled matter as to Otoniel Rodriguez-Mercado **with prejudice**.

//
//
//
//
//
//
//
//
//
//

**ORDER DISMISSING INDICTMENT ^ 1**

Accordingly, **IT IS HEREBY ORDERED:**

The Indictment as to Otoniel Rodriguez-Mercado, ECF No. 1, is **DISMISSED** with prejudice.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel and **close** the file.

**DATED** this 19th day of February, 2016.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING INDICTMENT ^ 2**